IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03018-CMA-KMT

DAVID HOFFSCHNEIDER,

    Plaintiff(s),

v.

JILL MARSHALL, chief of the Colorado Mental Health Institute at Pueblo, in her official and individual capacity;
DOCTOR SOYEUN CHU, in her official and individual capacity;
DOCTOR LENNART ABEL, in his official and individual capacity;
DOCTOR DAVID HICKEL, in his official and individual capacity;
DOCTOR TERESA WILLIAMS, in her official and individual capacity;
DOCTOR RICHARD POUNDS; in his official and individual capacity;
DOCTOR JULIE MEEKER; in her official and individual capacity;
DOCTOR VICTORIA TRAPP; in her official an individual capacity;
AARON WILLIAMS, in his official and individual capacity;
JADE BULLARD, in her official and individual capacity;
CARA SILLA; in her official and individual capacity;
JEFF WITT, in his official and individual capacity;
REBECCA HEARST, in her official and individual capacity;
TED SMITH, in his official and individual capacity;
ANNABELLE FLOREZ, in her official and individual capacity;
JULIE REYES, in her official and individual capacity;
JULIE GRAVES, in her official and individual capacity;
TIFFANY LUNA, in her official and individual capacity;
JAMES HULL, in his official and individual capacity; and
RICK MORAN, in his official and individual capacity;

    Defendant(s).

---

THE STATE DEFENDANTS'[1]  UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) UNDER D.C.COLO.LCivR 7.2

---

[1] The State Defendants include all defendants except for Dr. Soyeun Chu.

1

The State Defendants, through the Colorado Attorney General, respectfully submit the following Unopposed Motion to Restrict Public Access to Exhibit A [Doc. 51-1] to their Status Report, and state as follows:

1. **Certificate of conferral**: Undersigned counsel conferred with counsel for Plaintiff and Defendant Dr. Soyeun Chu regarding the relief sought in this motion. This motion is unopposed.

2. Until very recently, Plaintiff David Hoffschneider was a patient at the Colorado Mental Health Institute in Pueblo (CMHIP). He was committed there following a plea of not guilty by reason of insanity (NGRI) in an underlying state court case, *People v. Hoffschneider*, No. 16CR2257 (Colo. Dist. Ct., Jefferson Cnty.).

3. Developments in the underlying matter continue to be highly relevant to this case, in which Plaintiff alleges that CMHIP employees and contractors conspired to prevent his release. As set forth in the State Defendants' Status Report [Doc. 51], on July 8, 2021, the state court overseeing Plaintiff's criminal matter ordered him conditionally released from CMHIP. The state court's order releasing him was attached as Exhibit A to the Status Report. *See* [Doc. 51-1].

4. Undersigned counsel obtained the release order from Plaintiff's counsel. However, the release order was filed as "restricted" in the state court case. It includes the address to which Plaintiff will be released and sets forth a number of conditions Plaintiff must follow, including conditions concerning psychiatric services.

5. Out of an abundance of caution, and to the extent the release order might implicate Plaintiff's privacy rights in his medical history, the State Defendants respectfully request that the Court impose Level 1 access restrictions on the exhibit. *See* [Doc. 51-1].

6. The release order cannot be meaningfully redacted because the fact and contents of the release order are essential to the State Defendants' status report.

7. Under a Level 1 Restriction, all parties and the Court will have access to the order. Plaintiff, through counsel, provided the order to the State Defendants. Imposing a Level 1 Restriction here would preserve Plaintiff's and the state criminal court's interests while simultaneously affording this Court and the parties unfettered access to that information.

**WHEREFORE**, the State Defendants respectfully requests that the Court impose Level 1 access restriction on Doc. 51-1.

Respectfully submitted this 19th day of July, 2021.

PHILIP J. WEISER
Attorney General

*s/Dmitry B. Vilner*

AMY C. COLONY*
Senior Assistant Attorney General
DMITRY B. VILNER*
Assistant Attorney General
Tort Litigation Unit
*Attorneys for State Defendants*
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6615
FAX:  720-508-6032
E-Mail:  dmitry.vilner@coag.gov
           Amy.colony@coag.gov
*Counsel of Record

CERTIFICATE OF SERVICE

I certify that I served the foregoing STATE DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) UNDER D.C.COLO.LCivR 7.2 upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 19th day of July, 2021, addressed as follows:

Mark E. Scabavea
SCABAVEA & ASSOCIATES, LLC
301 Sheridan Blvd.
Lakewood, Colorado 80226
*Attorney for Plaintiff*

Jeremy L. Swift
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
*Attorney for Defendant Soyeun Chu, D.O.*

                                        *s/La'Tasha Carter*